NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000877
11-APR-2019
10:36 AM

NO. CAAP-18-0000877

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DL, Plaintiff-Appellant, v.
CL, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 16-1-1014)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Fujise, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal, filed April 4, 2019, by Plaintiff-Appellant DL, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by all parties or counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, April 11, 2019.

Presiding Judge

Associate Judge

Associate Judge